UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-20005-CR-GAYLES

UNITED STATES OF AMERICA

v.

ALBERICO AHIAS CRESPO,
   Defendant.
_____/

## ORDER GRANTING JOINT MOTION TO CONTINUE TRIAL

**THIS CAUSE** came before the Court upon Joint Motion to Continue Trial Date [ECF No. 144], filed July 12, 2022. The Court has considered the Motion, the arguments presented by Counsel, and being otherwise fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. The interests of justice served by a continuance outweigh the interests of the public and the Defendant to a speedy trial. As a result, the period of delay resulting from this continuance ─ *i.e.*, from the date the Motion was filed, July 8, 2022, to and including the date trial commences ─ is excludable time under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(7).

**THE ABOVE CAUSE** is hereby **Specially set** for **Jury Trial** before the Honorable Darrin P. Gayles, United States District Judge, at **400 North Miami Avenue, Courtroom 11-1, Miami, Florida,** during the two-week trial period that begins on **December 5, 2022, 2022.** A calendar call will be held on **Wednesday, November 30, 2022, at 9:30 a.m. Defendants are not required to appear for Calendar Call.** Counsel may appear via telephone at Calendar Call. Counsel shall enter their appearances telephonically using the following dial-in information: Dial-in Number **888-273-3658**; Access Code **7032614**; Security Code **5170**. Please dial in at least ten minutes before the Telephonic Calendar Call begins.

**DONE AND ORDERED** in Chambers at Miami, Florida, on July 13, 2022.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

cc:   counsel of record