


(U) On 04/27/2018, at 6:04 p.m. Eastern time, Spanish speaker, Ruben Cabrera-Sotolongo (Ruben), date of birth           , cellular telephone number           , home address                     , called the FBI Public Access Line (PAL) Unit to report traffic of controlled substance in Hialeah and Miami Gardens, Florida.

Ruben provided the following information:

Ruben is a "Santero" who gets to hear a lot of confessions from those who come to receive his personal services. Ruben said there is group of people led by Jorge Diaz (Jorge), cellular

telephone number          home address                    hat along with his friends Carlos Alberto Posso and Anais Lorenzo, obtain and sell controlled substances between Miami, New York and Chicago.

Jorge gets the prescriptions through Dr. J. Gonzalez, telephone number          which are then taken to a pharmacy located at 6500 West 4th Av., Suite 4, Hialeah, FL 33102 where after obtaining the "blue pills" are sold among a group of 35-40 people.

Ruben said that Jorge's closest friend, Alberto Crespo, a DEA agent, let Jorge know whether he is being investigated or not. Ruben said he is not sure whether Jorge is just bragging or is telling the truth.

Ruben has all kind of information that he would like to share with the FBI. He has a clients that have talked about who killed a judge in El Chapo's case.

Database Queries:

A          query for Jorge Diaz's cellular telephone number          produced full name Jorge D. Rodriguez with address

A                    query for Anais Lorenzo produced possible match for date of birth          , Social Security Account number          with address

          queries for Anais Lorenzo produced zero results.

A                    query for Carlos Alberto Posso produced zero results.

A          query for Carlos Alberto Posso revealed 12 results with possible match for control file case          which reveals date of birth          Social Security Account number          and Alien Registration number

A          query for J. Gonzalez's telephone number          produced 68 results including          which shows a connection between the telephone number and multiple pharmacies and stores.

A          query for Ruben Cabrera Sotolongo produced one FinCEN-BSAR.

          queries for Ruben Cabrera Sotolongo with date of birth          produced zero results.

| Subjects | |
|---|---|
| (U) Jorge Diaz (Male) | |
| Subject Type: | Main |
| (U) Carlos Albero Posso (Male) | |
| Subject Type: | Reference |
| (U) Anais Lorenzo (Female) | |
| Subject Type: | Reference |
| (U) Dr. J. Rodriguez (Male) | |
| Subject Type: | Reference |
| Victim, Complainants, and Other Persons | |
| (U) Ruben Cabrera-Sotolongo (Male,          ) | |
| Investigative Notes | |

UNCLASSIFIED//LES

### (U) Contact made with complainant via telephone.

| | |
|---|---|
| Authorized Method: | Administrative note for informational purposes. |
| Description: | Contact was made by SA Joseph Jeziorski with the complainant via telephone and he is out of town until next Tuesday, 6/5/18, when he requested the Agents call him back. |
| Status: | Approved |

History:
| | | |
|---|---|---|
| 05/30/2018 02:58:37 PM | Created Note: Contact made with Complainant via telephone. | DANIEL REED ( MIAMI /MM-C-13 ) |
| 05/30/2018 02:58:42 PM | Recall note | DANIEL REED ( MIAMI /MM-C-13 ) |
| 05/31/2018 11:45:17 AM | Submit note for approval | DANIEL REED ( MIAMI /MM-C-13 ) |
| 05/31/2018 02:54:46 PM | Approve note | ANDRE ZAVALA ( MIAMI /MM-C-13 ) |

### (U) Research Criminal Enterprise

| | |
|---|---|
| Authorized Method: | Obtain publicly available information. |
| Databases checked: | |
| Description: | Guardian 415243_MM<br>UNET/FBINET (Secret)<br>Jorge Diaz Gutierrez<br>Carlos Alberto Posso<br>Anais Lorenzo<br>Ruben Cabrera Sotolongo |




UNCLASSIFIED//LES



Status: Approved
Attachments:



History:
06/12/2018  02:36:37  PM  Created Note: Research Criminal Enterprise    JOHN KECKLER ( MIAMI /MM-C-13 )
06/12/2018  03:06:40  PM  Submit note for approval    JOHN KECKLER ( MIAMI /MM-C-13 )
06/12/2018  03:23:28  PM  Approve note    ANDRE ZAVALA ( MIAMI /MM-C-13 )

### (U) Coordination with SA Freddy Batista

Authorized Method: Administrative note for informational purposes.
Description: On 6/25/2018, SA Daniel Reed coordinated with SA Freddy Batista, a Spanish speaker on Squad C-13 to arrange an interview of the complainant upon return from AL.
Status: Approved
History:
06/25/2018  04:00:46  PM  Created Note: Coordination with SA Freddy Batista    DANIEL REED ( MIAMI /MM-C-13 )
06/26/2018  01:06:16  PM  Approve note    ANDRE ZAVALA ( MIAMI /MM-C-13 )

### (U) Contacted Ruben Cabrera-Sotolongo Via Telephone.

Authorized Method: Administrative note for informational purposes.
Description: On Friday July 20, 2018, at approximately 12:15pm, Special Agent Freddy Batista contacted Ruben Cabrera-Sotolongo. After providing the identity of the agent and the purpose of the interview, Cabrera provided the following information in substance in Spanish.

Cabrera stated he had information of the details on how Jorge Diaz purchased and distributed approximately $40,000 - $50,000 per month in Oxycontin pills.

When asked of the involvement of Alberto Crespo, the DEA agent, Cabrera stated he did not believe he was corrupt but Crespo was friends with the pharmacy owner where Diaz obtained the Oxycontin pills from.

Cabrera expressed his desire to provide further information in person and was interested in becoming a source. SA Batista informed him the lead case agent will coordinate a meeting with him at a later time.

**Status:** Approved

**History:**
| Date/Time | Action | User |
|---|---|---|
| 07/20/2018 02:35:17 PM | Created Note: Contacted Ruben Cabrera-Sotolongo Via Telephone. | FREDDY BATISTA ( MIAMI /MM-C-13 ) |
| 07/20/2018 02:38:49 PM | Submit note for approval | FREDDY BATISTA ( MIAMI /MM-C-13 ) |
| 07/20/2018 03:23:07 PM | Approve note | ANDRE ZAVALA ( MIAMI /MM-C-13 ) |

### (U) Submitting Guardian for Closure

**Authorized Method:** Administrative note for informational purposes.

**Description:** Upon vetting the information provided by the complainant, it was determined he was a previous source for the FBI. However, he was closed due to his ineffectiveness to infiltrate subjects and lack of willingness to engage subjects in order to receive actual intelligence in furtherance of investigations. Due to the the unreliability of the complainant and the fact that the information provided is not based on factual basis, the Guardian will be closed at this time.

**Status:** Approved

**History:**
| Date/Time | Action | User |
|---|---|---|
| 07/25/2018 04:21:43 PM | Created Note: Submitting Guardian for Closure | DANIEL REED ( MIAMI /MM-C-13 ) |
| 07/25/2018 04:51:57 PM | Approve note | ANDRE ZAVALA ( MIAMI /MM-C-13 ) |

## Disposition

### (U) Disposition

**Note:** No information of value, unreliable source of information. All logical investigation conducted.

**Disposition:** Does not contain an allegation of criminal activity

> It is noted that the individual or group identified during the Assessment does not warrant further FBI investigation at this time. Any dissemination of information from this Assessment regarding the individual or group identified must include an appropriate caveat with the shared information. It is recommended that this Assessment be closed.

**Associated Case Numbers:** 281-MM-C2610345

## Workflow

| Date/Time | Action | Assigned By / To |
|---|---|---|
| 05/01/2018 12:44:22 PM | Created Incident | Assigned By: NADUA PRATT ( CJIS /D1-NTOC1 ) <br> Assigned To: NADUA PRATT ( CJIS /D1-NTOC1 ) |
| 05/01/2018 12:53:04 PM | Incident submitted for opening | Assigned By: NADUA PRATT ( CJIS /D1-NTOC1 ) <br> Assigned To: ( CJIS /D1-NTOC1 ) |
| 05/01/2018 01:04:06 PM | Incident opening declined — As we discussed, please change the title to drug trafficking/public corruption. Thanks. | Assigned By: LUIS ALVAREZ III ( CJIS /D1-NTOC1 ) <br> Assigned To: NADUA PRATT ( CJIS /D1-NTOC1 ) |
| 05/01/2018 01:10:14 PM | Incident submitted for opening | Assigned By: NADUA PRATT ( CJIS /D1-NTOC1 ) <br> Assigned To: ( CJIS /D1-NTOC1 ) |
| 05/01/2018 01:42:09 PM | Incident transferred — Drug Traffic / Public Corruption in Hialeiah, FL. | Assigned By: LUIS ALVAREZ III ( CJIS /D1-NTOC1 ) <br> Assigned To: ( MIAMI ) |
| 05/01/2018 02:46:53 PM | Incident assigned | Assigned By: DEREK BEYSS ( MIAMI /Guardian Pre-Assesments ) <br> Assigned To: ( MIAMI /MM-C-13 ) |

UNCLASSIFIED//LES

| Date/Time | Description | Assigned By / Assigned To |
|---|---|---|
| 05/03/2018 12:36:12 PM | Incident opened<br>Dan, pls assess and conduct logical and authorized investigation in order to determine validity and value of information provided in order to determine if FBI nexus exists. | Assigned By: ANDRE ZAVALA ( MIAMI /MM-C-13 )<br>Assigned To: DANIEL REED ( MIAMI /MM-C-13 ) |
| 05/31/2018 03:06:34 PM | 30 day review performed<br>In accordance with the DIOG, a 30 day justification review was conducted for the captioned assessment. My review of the assessment provided the following: The assigned agent is making sufficient progress towards achieving the authorized purpose and objective. As a result, an additional 30 days is deemed authorized and justified. | Assigned By: ANDRE ZAVALA ( MIAMI /MM-C-13 )<br>Assigned To: DANIEL REED ( MIAMI /MM-C-13 ) |
| 06/26/2018 01:11:28 PM | 30 day review performed<br>Progress somewhat delayed due to unavailability of Complainant and Spanish Speaking SA to coordinate. All now appears to be in order. To date all logical checks and investigation has been conducted. In accordance with the DIOG, a 30 day justification review was conducted for the captioned assessment. My review of the assessment provided the following: The assigned agent is making sufficient progress towards achieving the authorized purpose and objective. As a result, an additional 30 days is deemed authorized and justified. | Assigned By: ANDRE ZAVALA ( MIAMI /MM-C-13 )<br>Assigned To: DANIEL REED ( MIAMI /MM-C-13 ) |
| 07/25/2018 04:54:12 PM | Close Incident Without Submission | Assigned By: ANDRE ZAVALA ( MIAMI /MM-C-13 )<br>Assigned To: ( MIAMI /MM-C-13 ) |

UNCLASSIFIED//LES