FD-302 (Rev. 5-8-10)

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry 03/26/2019

███████████████████████████████████████████ was interviewed at FBI Miami Health Care Fraud Offsite by HHS-OIG SA Rolando Alvarez and FBI SA Charles Lawless. The interview was conducted primarily in Spanish with Spanish translation provided by SA Alvarez. After being advised of the identities of the interviewing Agents and the nature of the interview, SOTOLONGO provided the following information:

██████'s main motivation for talking to law enforcement is he wants to do the right thing and is willing to help law enforcement in anyway necessary. ██████ would like help with his citizenship and would like to be paid but these are secondary to ██████ to doing the right thing.

██████ gets paid to provide religious services. Individuals come to ██████ for religious protection. ██████ provides these services from home. ██████ lives with his girlfriend.

██████'s ██████ is neighbors with JORGE DIAZ GUTIERREZ (DIAZ). ██████'s ██████ lives at ██████████████████████. ██████ had an issue with ██████'s daughter ASHLEY DIAZ (ASHLEY) on July 28, 2018 because she is always smoking marijuana and was smoking that day. SOTOLONGO reported this to Miami-Dade Police Department. ██████ showed SA's the case receipt provided by Miami-Dade, ██████ reported this incident to ASHLEY's employer. ASHLEY works for an emergency services company driving and ambulance. ASHLEY found out about this and started threatening ██████. DIAZ asked ██████ why he reported this to ASHLEY's employer. ██████ stated after this his relationship with DIAZ has never been the same.

██████ met DIAZ when DIAZ came to ██████ for religious services. On one occasion ██████ was providing religious services to a client and needed a ride home so he called DIAZ to pick him up. DIAZ drives a black BMW. DIAZ picked ██████ up and on the ride back home DIAZ stopped to sell OxyCodone pills to an individual driving a black Mercedes. ██████ described the individual driving the black Mercedes as a Cuban guy. ██████ has only seen this individual on this occasion. DIAZ told

Investigation on 03/22/2019 at Miramar, Florida, United States (In Person)

File # 209G-MM-2815786     Date drafted 03/25/2019

by Charles Lawless

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 05-08-10)

209G-MM-2815786

Continuation of FD-302 of (U) Interview of ███████████████ , On 03/22/2019 , Page 2 of 2

███████ that this guy buys OxyCodone pills and ships them to New York. This transaction happened in a parking lot where Fresco and UNIVERSAL ARTS PHARMACY was located. ███████ got upset with DIAZ and told DIAZ that they could get in trouble for selling OxyCodone pills.

On another occasion ███████ was riding with DIAZ and they stopped by a pharmacy. DIAZ had elderly patients waiting for him outside the pharmacy. DIAZ entered the pharmacy to get pills for the patients waiting outside. DIAZ paid the patients money and kept the pills. ███████ saw the name of the referring physician, RODOLFO GONZALEZ-GARCIA, on one of the pill bottles. DIAZ takes the labels off the prescription pill bottles to remove the patients name incase he is ever stopped by police. DIAZ informed ███████ that he has been buying OxyCodone and Percocet from patients and selling it for years. DIAZ usually does this the first week of every month. DIAZ sells the pills to either the Cuban guy in the black Mercedes or another fat guy.

DIAZ recruits patients for physical therapy. DIAZ is paid $1200 per patient he recruits. DIAZ pays the patient $200 and keeps the remaining $1000. DIAZ recruits these patients to a home health agency but ███████ does not know the name of the agency.