# Re: Available for an arrest Thurs Feb 7?

| | |
|---|---|
| From: | "Crespo, Alberico A (OIG/OI)" <"/o=exchangelabs/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=1d177e71c3f24566beeb06b7a961d990-crespo, alb"> |
| To: | "Collison, Curtis L III (OIG/OI)" <curtis.collison@oig.hhs.gov>, "Alvarez, Rolando J (OIG/OI)" <rolando.alvarez@oig.hhs.gov>, "Mahmood, Stephen (OIG/OI)" <stephen.mahmood@oig.hhs.gov>, "Crespi, Daniel E (OIG/OI)" <daniel.crespi@oig.hhs.gov>, "Zayas, Cesar D (OIG/OI)" <cesar.zayas@oig.hhs.gov> |
| Date: | Sun, 27 Jan 2019 14:56:32 -0500 |

Yes

Alberico Crespo
Special Agent/HHS-OIG
7900 Oak Lane#200
Miami Lakes, Florida 33016
Office: 305-530-7756
Fax: 305-530-7759
Cell:305-962-2073
Alberico.crespo@oig.hhs.gov

---

From: Collison, Curtis L III (OIG/OI) <curtis.collison@oig.hhs.gov>
Sent: Friday, January 25, 2019 11:26 AM
To: Alvarez, Rolando J (OIG/OI); Mahmood, Stephen (OIG/OI); Crespi, Daniel E (OIG/OI); Crespo, Alberico A (OIG/OI); Zayas, Cesar D (OIG/OI)
Subject: Re: Available for an arrest Thurs Feb 7?

Yes

Get Outlook for iOS

---

From: Alvarez, Rolando J (OIG/OI)
Sent: Friday, January 25, 2019 11:25:54 AM
To: Mahmood, Stephen (OIG/OI); Collison, Curtis L III (OIG/OI); Crespi, Daniel E (OIG/OI); Crespo, Alberico A (OIG/OI); Zayas, Cesar D (OIG/OI)
Subject: Available for an arrest Thurs Feb 7?

Are you available for an arrest Feb 7? Will be a Doctor in Weston...


**Rolando J . Alvarez**
Special Agent
DHHS/OIG/OI
Miami Regional Office
7900 Oak Lane, Suite 200
Miami Lakes, FL 33016
Office:   305.536-6933
Mobile:  305.968.1219
Fax:      305.530.7759

