# Re: 6 Agents for a SW

| | |
|---|---|
| From: | "Collison, Curtis L III (OIG/OI)" <curtis.collison@oig.hhs.gov> |
| To: | "Alvarez, Rolando J (OIG/OI)" <rolando.alvarez@oig.hhs.gov>, Miami Agents Only <miamiagentsonly@oig.hhs.gov> |
| Date: | Mon, 28 Jan 2019 08:53:10 -0500 |

Yes

Get Outlook for iOS

---

**From:** Alvarez, Rolando J (OIG/OI)
**Sent:** Monday, January 28, 2019 8:16:31 AM
**To:** Miami Agents Only
**Subject:** 6 Agents for a SW

Please I need 6 additional agents to assist in a search warrant on Thursday Feb 7. The target is a small clinic office in Hialeah located 10 minutes from our office. Please respond with your availability.

I already received confirmation from the following agents: Fernando, David, Yeleina, Amber.

Thanks for your assistance.

Sent from my iPhone...

**Rolando J. Alvarez**
Special Agent
DHHS/OIG/OI
Miami Regional Office
7900 Oak Lane, Suite 200
Miami Lakes, FL 33016
Office:  305.536-6933
Mobile: 305.968.1219
Fax:    305.530.7759


