IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO: 21-20005-CR-GAYLES

**UNITED STATES OF AMERICA,**

vs.

**ALBERICO AHIAS CRESPO,**

    **Defendant.**
_____/

**NOTICE OF CHANGE OF ADDRESS**

    **PLEASE TAKE NOTICE** that ***JOSE QUINON, P.A.***, attorney for Defendant Alberico Ahias Crespo, hereby files this Notice of Change of Address. The new address is as shown immediately below:

**JOSE QUINON, P.A.**
*Attorney for Alberico Ahias Crespo*
75 Valencia Ave., Suite 800
Coral Gables, Florida 33134
Tel.: 305-858-5700
Fax: 305-358-7848

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that a true and correct copy of the above and foregoing was furnished via CM/ECF to all counsel of record this 14$^h$ day of February 2023.

Respectfully submitted,

*Jose M. Quinon*
*Attorney for Lawrence Alexander*
Florida Bar No. 201944