## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.   21-20005-CR-GAYLES

UNITED STATES OF AMERICA

v.

ALBERICO AHIAS CRESPO,
                    Defendant.
_____/

### UPDATED GOVERNMENT EXHIBIT LIST

The United States submits the following updated exhibit list for the trial of the above-captioned matter.

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

BY:     _s/ Sean T. McLaughlin_____
        SEAN T. MCLAUGHLIN
        ASSISTANT UNITED STATES ATTORNEY
        Court ID No. A5501121
        11200 NW 20th Street, Suite 101
        Miami, FL 33172
        (305) 715-7642/7654
        Email: Sean.McLaughlin@usdoj.gov

1

Government Exhibit List - <u>United States v. Crespo</u>, 21-20005-CR-GAYLES

| Number | Exhibit | Witness Identifying | Date Offered | Admitted | Denied | Other Witness Referring |
|--------|---------|---------------------|--------------|----------|--------|-------------------------|
| 1A | Title III #1 Certified Court Order (xxx-xxx-3906) | | | | | |
| 1B | Title III #1 – Calls/Texts/Call Log (xxx-xxx-3906) | | | | | |
| 2A | Title III #2 Certified Court Order (xxx-xxx-3906) | | | | | |
| 2B | Title III #2 – Calls/Texts/Call Log (xxx-xxx-3906) | | | | | |
| 3A | Title III #3 Certified Court Order (xxx-xxx-3906) | | | | | |
| 3B | Title III #3 – Calls/Texts/Call Log (xxx-xxx-3906) | | | | | |
| 4 | Title III #1, #2, & #3 Compilation Calls/Texts (xxx-xxx-3906) | | | | | |
| 5 | CI Controlled Calls (9/24/19 & 12/20/19) | | | | | |
| 6 | FBI SA Lawless Controlled Call (7/20/20) | | | | | |
| 7-1-70 | Title III & Controlled Call/Text Transcripts | | | | | |

Government Exhibit List - <u>United States v. Crespo</u>, 21-20005-CR-GAYLES

| Number | Exhibit | Witness Identifying | Date Offered | Admitted | Denied | Other Witness Referring |
|--------|---------|---------------------|--------------|----------|--------|-------------------------|
| 8A | Subscriber/Toll/Pen Register Records - CRESPO Personal Phone – T-Mobile xxx-xxx-3164 | | | | | |
| 8B | Subscriber/Toll Records - CRESPO Govt Phone – Verizon xxx-xxx-2073 | | | | | |
| 8C | Screen Shot Photo of Incoming CRESPO Govt Phone Call on 10/2/19 | | | | | |
| 9A | Subscriber/Toll/Pen Register Records – Jorge Diaz Title III Phone – T-Mobile & AT&T xxx-xxx-3906 | | | | | |
| 9B | Subscriber/Toll/Pen Register Records – Jorge Diaz Burner Phone – Verizon xxx-xxx-5817 | | | | | |
| 10A-N | Toll, Text, and Email Summary Exhibits | | | | | |
| 11A-M | Subscriber Records for Remaining Title III Intercepted Phone Numbers | | | | | |
| 12A | CRESPO Residence – Photo & Overhead Map | | | | | |
| 12B-C | CRESPO Residence - Pole Camera Footage (6/19/20 & 7/17/20) | | | | | |
| 12D1-2 | CRESPO Residence – Aerial Surveillance Footage 7/20/20) | | | | | |
| 13A-B | CRESPO Photo & FL DAVID Record | | | | | |

Government Exhibit List - <u>United States v. Crespo</u>, 21-20005-CR-GAYLES

| <u>Number</u> | <u>Exhibit</u> | <u>Witness Identifying</u> | <u>Date Offered</u> | <u>Admitted</u> | <u>Denied</u> | <u>Other Witness Referring</u> |
|---|---|---|---|---|---|---|
| 13C-D | CRESPO DEA & HHS-OIG employment records | | | | | |
| 14A-I | CRESPO Arrest Evidence Photos | | | | | |
| 15A | CRESPO Personal Phone (xxx-xxx-3164) Signed Consent to Search Form | | | | | |
| 15B | CRESPO Personal Phone (xxx-xxx-3164) – Full Cellebrite CART Report | | | | | |
| 15B1-8 | CRESPO Personal Phone (xxx-xxx-3164) – CART Report Extracts | | | | | |
| 16A | CRESPO Government-Issued Phone (xxx-xxx-2073) | | | | | |
| 16B | CRESPO Government-Issued Phone (xxx-xxx-2073) – Forensic Extraction Report | | | | | |
| 17A-B | CRESPO Government-Issued Laptop Computers #1 and #2 | | | | | |
| 17C | CRESPO Government-Issued Laptop Computers #1 and #2 - Forensic Email Extracts | | | | | |
| 18 | CRESPO IRIS Log Activity Records | | | | | |
| 19A-C | Jorge Diaz Photo, FL DAVID Record & Plea/Cooperation Agreement | | | | | |

Government Exhibit List - <u>United States v. Crespo</u>, 21-20005-CR-GAYLES

| <u>Number</u> | <u>Exhibit</u> | <u>Witness Identifying</u> | <u>Date Offered</u> | <u>Admitted</u> | <u>Denied</u> | <u>Other Witness Referring</u> |
|---|---|---|---|---|---|---|
| 20 | Jorge Diaz Arrest Evidence 7/21/20 –Oxycodone pills. | | | | | |
| 21A | Jorge Diaz Title III Phone (xxx-xxx-3906) | | | | | |
| 21B | Jorge Diaz Title III Phone - Full Cellebrite CART Report (xxx-xxx-3906) | | | | | |
| 21B1-5 | Jorge Diaz Title III Phone - CART Report Extracts (xxx-xxx-3906) | | | | | |
| 22A | Jorge Diaz Burner Phone (xxx-xxx-5817) | | | | | |
| 22B | Jorge Diaz Burner Phone - Full Cellebrite CART Report (xxx-xxx-5817) | | | | | |
| 22B1-3 | Jorge Diaz Burner Phone - CART Report Extracts (xxx-xxx-5817) | | | | | |
| 23 | Jorge Diaz Wells Fargo Bank Records xxx-8274 | | | | | |
| 24A-C | Yandre Trujillo Photo, FL DAVID Record & Plea/Cooperation Agreement | | | | | |
| 25A-C | Anais Lorenzo Photo, FL DAVID Record & Plea/Cooperation Agreement | | | | | |

Government Exhibit List - <u>United States v. Crespo</u>, 21-20005-CR-GAYLES

| Number | Exhibit | Witness Identifying | Date Offered | Admitted | Denied | Other Witness Referring |
|--------|---------|---------------------|--------------|----------|--------|-------------------------|
| 25D | Amscot Financial Records - Anais Lorenzo | | | | | |
| 26A-B | Carlos Pozo Photo & FL DAVID Record | | | | | |
| 27A-B | Ruben Sotolongo Photo & FL DAVID Record | | | | | |
| 28A-B | Lucia Alvarez Photo & FL DAVID Record | | | | | |
| 29A-B | Braulia Rego Photo & FL DAVID Record | | | | | |
| 30A-B | Anibal Amar Photo & FL DAVID Record | | | | | |
| 31A-C | Pedro Ruiz Photo, FL DAVID Record & Death Certificate | | | | | |
| 32A-B | Mercedes Perez Photo & FL DAVID Record | | | | | |
| 33A-C | Marta Cardero Photo, FL DAVID Record & Death Certificate | | | | | |
| 34A-C | Braulio Sotolongo Photo, FL DAVID Record & Death Certificate | | | | | |

Government Exhibit List - <u>United States v. Crespo</u>, 21-20005-CR-GAYLES

| Number | Exhibit | Witness Identifying | Date Offered | Admitted | Denied | Other Witness Referring |
|---|---|---|---|---|---|---|
| 35A-B | Amanda Ponce Photo & FL DAVID Record | | | | | |
| 36A-B | Gustavo Ponce Photo & FL DAVID Record | | | | | |
| 37A-C | Jose Garcia Photo, FL DAVID Record & Death Certificate | | | | | |
| 38A-B | Milka Lao Photo & FL DAVID Record | | | | | |
| 39A-B | Alexis Ortega Photo & FL DAVID Record | | | | | |
| 40A-B | Luis Paniagua Photo & FL DAVID Record | | | | | |
| 41A-B | Elisabeth Silio Photo & FL DAVID Record | | | | | |
| 42A-B | David Cossio Photo & FL DAVID Record | | | | | |
| 43 | Certified Indictment Copy - <u>United States v. Bosch et al.</u>, 18-20352-CR-LENARD | | | | | |
| 44A-B | David Bosch Photo & FL DAVID Record | | | | | |
| 45A-B | Tania Sanchez Photo & FL DAVID Record | | | | | |

Government Exhibit List - United States v. Crespo, 21-20005-CR-GAYLES

| Number | Exhibit | Witness Identifying | Date Offered | Admitted | Denied | Other Witness Referring |
|--------|---------|---------------------|--------------|----------|--------|-------------------------|
| 46A-B | Ledif Machado Photo & FL DAVID Record | | | | | |
| 47A-B | Odalys Abreu Photo & FL DAVID Record | | | | | |
| 48A-B | Suyima Valdes Photo & FL DAVID Record | | | | | |
| 49 | Certified Indictment Copy - United States v. Dr. Gonzalez-Garcia et al., 19-20055-CR-ALTMAN | | | | | |
| 50A1-5 | West Medical Photos | | | | | |
| 50B1-17 | West Medical Search Warrant Evidence – green coded patient files | | | | | |
| 50C | West Medical Wells Fargo Bank Records xxx-1580 | | | | | |
| 50D | DEA Letter – Dr. Gonzalez | | | | | |
| 50E | Overhead Map – AC Therapeutic & West Medical | | | | | |
| 51A-B | Dr. Rodolfo Gonzalez-Garcia Photo and FL DAVID Record | | | | | |
| 51C | PDMP Data – Dr. Gonzalez (Nov. 2016- Feb. 2019) | | | | | |
| 51D | PDMP Summary Exhibit - Dr. Gonzalez (Nov. 2016- Feb. 2019) | | | | | |

Government Exhibit List - <u>United States v. Crespo</u>, 21-20005-CR-GAYLES

| Number | Exhibit | Witness Identifying | Date Offered | Admitted | Denied | Other Witness Referring |
|--------|---------|---------------------|--------------|----------|--------|-------------------------|
| 52A-B | Arlene Gonzalez Photo & FL DAVID Record | | | | | |
| 53A-B | Annie Suarez-Gonzalez Photo & FL DAVID Record | | | | | |
| 54A-B | Sucett Lopez Photo & FL DAVID Record | | | | | |
| 55A-B | Fidel Marrero-Casetellanos Photo & FL DAVID Record | | | | | |
| 56A-B | Dr. Victor Espinosa Photo and FL DAVID Record | | | | | |
| 56C | PDMP Data – Dr. Espinosa (Jan. 2018- Dec. 2018) | | | | | |
| 56D | PDMP Summary Exhibit - Dr. Espinosa (Jan. 2018-Dec. 2018) | | | | | |
| 57 | Donate Medical Center Dialysis Institute Photo | | | | | |
| 58A-B | Dr. Daniel Carpman Photo & FL DAVID Record | | | | | |
| 58C | PDMP Data – Dr. Carpman (July 2018 -Aug. 2020) | | | | | |
| 58D | PDMP Summary Exhibit – Dr. Carpman (July 2018 -July 2020) | | | | | |

Government Exhibit List - <u>United States v. Crespo</u>, 21-20005-CR-GAYLES

| **Number** | **Exhibit** | **Witness Identifying** | **Date Offered** | **Admitted** | **Denied** | **Other Witness Referring** |
|---|---|---|---|---|---|---|
| 59A-B | Claudia Borges Photo & FL DAVID Record | | | | | |
| 60 | Trial Stipulations | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Government Exhibit List - <u>United States v. Crespo</u>, 21-20005-CR-GAYLES

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically

filed on May 11, 2023, with the Clerk of the Court and counsel of record using CM/ECF.

*/s   Sean T. McLaughlin*

SEAN T. McLAUGHLIN
Assistant United States Attorney

10