**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 21-20005-CR-GAYLES

UNITED STATES OF AMERICA

Plaintiff(s),

vs.

ALBERICO AHIAS CRESPO

Defendant(s).

_____/

**RELEASE OF EXHIBITS**

The undersigned hereby acknowledges receipt of exhibit(s)
listed below for the following reason(s):

[✓] Guns, jewelry, currency, drugs, explosives

Item Nos. _Oxycodone Pills (6x20)_

[ ] Oversize records (larger than 10" x 12" x 15")

Item Nos. _____

[ ] Stored by Records Section in: [ ] Miami [ ] FTL [ ] WPB

[✓] Other (Explain): _Transcript Binder (6x 7-1-7-70),_
_Cell Phone (6x16A), Car Contents (7A8), Diaz Phones (21A, 22A)_
_Phone Files (6x 5061-17)_

[ ] Attachments
(Exhibit list, Order of Court)

Signature: _[signature]_

Print Name: _Asst Stan McLaughlin_

Agency or Firm: _USAO-SDFL_

Address: _99 NE 4th_
_Miami, FL 33132_

Exhibits Released by: _[signature]_

_Dehans Ahmad_
(Deputy Clerk)

Telephone: _786-877-3123_

Date: _8/28/23_

ORIGINAL - Court File
cc: Records Section
    Courtroom Deputy
    Counsel of Record