UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-20005-CR-GAYLES

UNITED STATES OF AMERICA

v.

ALBERICO AHIAS CRESPO,
        Defendant.
_____/

### VERDICT

(1) We, the Jury, unanimously find the Defendant, **ALBERICO AHIAS CRESPO**, as to **Count 1** of the Indictment:

    GUILTY \_\_\_\_\_        NOT GUILTY ✓

(2) We, the Jury, unanimously find the Defendant, **ALBERICO AHIAS CRESPO**, as to **Count 5** of the Indictment:

    GUILTY ✓        NOT GUILTY \_\_\_\_\_

(3) We, the Jury, unanimously find the Defendant, **ALBERICO AHIAS CRESPO**, as to **Count 7** of the Indictment:

    GUILTY ✓        NOT GUILTY \_\_\_\_\_

(4) We, the Jury, unanimously find the Defendant, **ALBERICO AHIAS CRESPO**, as to **Count 8** of the Indictment:

    GUILTY ✓        NOT GUILTY \_\_\_\_\_

(5)   We, the Jury, unanimously find the Defendant, **ALBERICO AHIAS CRESPO**, as to **Count 9** of the Indictment:

GUILTY __✓__          NOT GUILTY _____

(6)   We, the Jury, unanimously find the Defendant, **ALBERICO AHIAS CRESPO**, as to **Count 10** of the Indictment:

GUILTY __✓__          NOT GUILTY _____

**SO SAY WE ALL.**

Signed and dated at the United States Courthouse, Miami, Florida, this __28__ day of __Aug.__, 2023.

_____          _____
Foreperson's Signature                                    Foreperson's Printed Name