**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.  21-20005-CR-GAYLES**

**UNITED STATES OF AMERICA**

**v.**

**ALBERICO AHIAS CRESPO,**

      **Defendant.**

_____/

**NOTICE OF FILING**

**COMES NOW**, the United States of America, by and through its undersigned attorney, and respectfully files this Notice of Filing Sentencing Records.  Attached to this Notice are records and items relating to Defendant Crespo's Filing of Additional Character Letters (DE 311, 311-1).  In his filing, Defendant Crespo submits a letter from "Nicholas Palmeri (Former DEA Regional Director of North and Central America)" (id.).

Mr. Palmeri's letter in support of Defendant Crespo, which is included twice (DE 311-1 at 2-3, 26-27), should be disregarded in its entirety.  Attached, please find materials pertaining to Mr. Palmeri's misconduct while serving with DEA, including 2022 findings which would have resulted, but for his last-second voluntary retirement, in Mr. Palmeri's termination and removal from DEA and federal service for: 1) Failure to Follow Instructions; 2) Lack of Candor; 3) Conduct Unbecoming; and 4) Poor Judgment.

1

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

BY:     _s/ Sean T. McLaughlin_
        SEAN T. MCLAUGHLIN
        ASSISTANT UNITED STATES ATTORNEY
        Court ID No. A5501121
        11200 NW 20th Street, Suite 101
        Miami, FL 33172
        (305) 715-7642/7654
        Email: Sean.McLaughlin@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 23, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

_/s  Sean T. McLaughlin_
SEAN T. McLAUGHLIN
Assistant United States Attorney

2